IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNATHAN AND TRUDE YARGER, a married couple,<br><br>        Plaintiffs,<br><br>v.<br><br>ING BANK, FSB D/B/A/ ING DIRECT,<br><br>        Defendant. | Civil Action No.: 1:11-cv-00154-LPS |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Johnathan and Trude Yarger ("Plaintiffs") hereby move this Court, pursuant to Federal Rule of Civil Procedure 23 for an order: (i) certifying this action as a class action on behalf of all individuals who purchased or retained an ING Bank, fsb ("ING") Easy Orange or Orange Loan at any time between October 1, 2005 and May 31, 2009,[1] (ii) appointing Plaintiffs as class representatives; and (iii) appointing Lieff, Cabraser, Heimann & Bernstein, LLP; MeyerWilson Co., LPA; and Rosenthal, Monhait & Goddess, P.A. as class counsel under Fed. R. Civ. P. 23(g). By this motion, Plaintiffs seek certification under Rules 23(b)(2), (b)(3), and/or (c)(4) of Plaintiffs' Class claims for violation of the Delaware Consumer Fraud Act, 6 Del. C. §§ 2511 *et seq.* ("DCFA"), fraud, promissory estoppel, breach of the implied covenant of good faith and fair dealing, and unjust enrichment. The Class fully satisfies the Rule 23 requirements.

Plaintiffs base this motion on Plaintiffs' Opening Brief in Support of Class Certification; the accompanying Declarations and exhibits of Jonathan D. Selbin, Daniel M. Hutchinson,

---

[1] The Class excludes ING, any entity in which ING has a controlling interest, and its legal representatives, officers, directors, employees, assigns, and successors; (2) His Honor and his immediate family; and (3) claims for emotional distress.

Matthew R. Wilson, Jeffrey S Goddess, Stephen J. Scherf, CPA, Jonathan Yarger, and Trude Yarger, filed contemporaneously herewith, and any further briefing and arguments of counsel.

Dated: January 10, 2011                ROSENTHAL, MONHAIT & GODDESS, P.A.

                                       By: _____
                                              Jeffrey S. Goddess

Jeffrey S. Goddess (No. 630)
jgoddess@rmgglaw.com
P. Bradford deLeeuw (No. 3569)
bdeleeuw@rmgglaw.com
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19899-1070
Telephone:  (302) 656-4433
Facsimile:  (302) 658-7567

Jonathan D. Selbin
jselbin@lchb.com
Daniel R. Leathers
dleathers@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

Daniel M. Hutchinson
dhutchinson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

David P. Meyer
dmeyer@dmlaws.com
Matthew R. Wilson
mwilson@dmlaws.com
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiffs and the Proposed Class*