**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

JOHNATHAN AND TRUDE YARGER,
and a Class of similarly situated persons,

Plaintiffs,

v.

ING BANK, FSB D/B/A/ ING DIRECT,

Defendant.

Case No. 11-154-LPS

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT, FOR CERTIFICATION OF SETTLEMENT CLASS,
AND FOR APPROVAL OF NOTICE PLAN AND FORM OF CLASS NOTICE**

Plaintiffs Johnathan and Trude Yarger ("Class Representatives"), Donna Insalaco, Jeffrey

Gerbitz, and Joshua Richman ("Other Plaintiffs"; together with Class Representatives,

collectively, "Settlement Class Representatives"), respectfully move this Court for the entry of

an Order: (i) granting preliminary approval of the proposed settlement (the "Settlement") set

forth in the Settlement Agreement dated April 8, 2014 (the "Settlement Agreement") (attached

hereto as Exhibit A); (ii) conditionally certifying the proposed Settlement Class for purposes of

settlement; (iii) approving the form and manner of providing notice of the Settlement to the

Settlement Class; (iv) setting a hearing date to consider final approval of the Settlement,

Settlement Class Counsel's motion for attorneys' fees and expenses, and Class Representatives'

request for service award in connection with their representation of the Class (the "Fairness

Hearing"); (v) appointing a settlement administrator; and (vi) setting a schedule of deadlines for

various events leading to the Fairness Hearing.

The reasons for this motion are set forth more fully in the accompanying brief, the Settlement Agreement, and the exhibits attached thereto.  A proposed form of Order, attached as Exhibit 1 to the Settlement Agreement, is also attached hereto as Exhibit B.

1162298.5

Dated:  April 9, 2014                ROSENTHAL, MONHAIT & GODDESS, P.A.


By:  */s/ Jeffrey S. Goddess*

Jeffrey S. Goddess (No. 630)
P. Bradford deLeeuw (No. 3569)
**ROSENTHAL, MONHAIT & GODDESS, P.A.**
919 Market Street, Suite 1401
Wilmington, DE  19899-1070
Telephone:  (302) 656-4433
Facsimile:  (302) 658-7567


Jonathan D. Selbin
Jason L. Lichtman
Daniel R. Leathers
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

Daniel M. Hutchinson
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

David P. Meyer
Matthew R. Wilson
Michael J. Boyle, Jr.
**MEYER WILSON, CO., LPA**
1320 Dublin Road, Ste. 100,
Columbus, OH  43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066


*Attorneys for Plaintiffs and the Certified Class*

1162298.5